COMMONWEALTH of Pennsylvania

v.

**William DONOHUE, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1997.

Decided Jan. 7, 1998.

John W. Packel, Helen A. Marino, Philadelphia, for William Donohue.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for the Commonwealth.

Before FLAHERTY, C.J., AND ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.